The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLENN ALAN KINCAID,<br>Plaintiff,<br><br>v.<br><br>GARRY LUCAS; CLARK COUNTY;<br>DEPUTY DEAN NELSON,<br>Defendants. | Civil No. C98-5519 JKA<br><br>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - SETTLEMENT OF ACTION |

## STIPULATION

The Plaintiff, Glenn Alan Kincaid, personally and through his attorney, George A. Kolin, and the defendants, Lucas, Clark County and Nelson, by and through their attorney of record, Dennis M. Hunter, hereby stipulate and agree that the claims asserted in this action, inclusive of claims for costs and fees, have been fully settled, resolved, or compromised and that an order may be entered dismissing the action with prejudice.

Dated this _____ day of December, 2000.

_____
Glenn Alan Kincaid
Plaintiff

_____
George A. Kolin, WSBA No. 22529
Attorney for Plaintiff

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE - SETTLEMENT OF ACTION - 1 of 2

CLARK COUNTY PROSECUTING ATTORNEY
1013 FRANKLIN • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 / (360) 397-2184

_____
Dennis M. Hunter, WSBA No. 6734
Senior Deputy Prosecuting Attorney
Of Attorneys for Defendants

## ORDER

BASED upon the above stipulation of the parties, it is ordered, adjudged and decreed that this action is dismissed with prejudice and without a further award of costs to either party.

DATED this __18__ day of __December__, 2000.


_____
J. Kelley Arnold
United State District Judge/Magistrate

Presented by:

_____
George A. Kolin, WSBA No. 22529
Attorney for Plaintiff

_____
Dennis M. Hunter, WSBA No. 6734
Senior Deputy Prosecuting Attorney
Of Attorneys for Defendants

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE - SETTLEMENT OF ACTION - 2 of 2

CLARK COUNTY PROSECUTING ATTORNEY
1013 FRANKLIN • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 / (360) 397-2184